FILED ✓    LODGED ___
RECEIVED ___    COPY ___

MAY 2 6 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR '09 06 0 4 PHX JAT (LOA)

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Maria Yesenia Rodriguez,<br><br>                    Defendant. | **I N D I C T M E N T**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>         (False Statements in Connection<br>         With the Attempted Acquisition of<br>         a Firearm)<br>         Count 1 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 25, 2008, in the District of Arizona, defendant MARIA YESENIA RODRIGUEZ, in connection with the attempted acquisition of fifteen (15) FN, model Five-Seven, 5.7 mm semi-automatic pistols from Derby Guns, whose business license is located at 2515 N. Scottsdale Road, Suite 9, Scottsdale, Arizona, a federally licensed firearms dealer, did knowingly make a false statement and representation with respect to the information required by Title 18, United States Code, Chapter 44, to be kept in the records of federally licensed firearms dealers, that is, defendant MARIA YESENIA RODRIGUEZ, executed two Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473's representing that her name was

/ / /
/ / /

Erendida Espinoza, when, in truth and in fact, as defendant MARIA YESENIA RODRIGUEZ well knew, that was not her true name.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 26, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

/s/
SABRINA D. DECOSTA
Special Assistant U.S. Attorney